**Courtroom Minutes Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA**
**PROCEEDINGS JUDGE JOHN A. ROSS**

Date: May 15, 2017     Case No. 4:17-cr-00124-JAR
UNITED STATES   v. Marvin Thomas, Jr. (1)
Courtroom Deputy: Katie Stamm     Court Reporter: Lisa Paczkowski
Interpreter: _____

AUSA: Teresa Saunders (3rd Yr Wash U)
Defendant's Counsel: Eric Barnhart
Defendant's Age: 1973     Education: H.S. diploma, some college

*ARRAIGNMENT/PLEA*:
☐ Defendant waives assistance of counsel.     Waiver filed
☐ Arraignment continued until _____ at _____.
☐ Defendant signs waiver of indictment/consents to proceed by information.
☐ Criminal information filed.   ☐ Superseding indictment/information filed
☐ Defendant waives reading of indictment/informat.
☐ Defendant arraigned.
☐ Defendant enters plea of   ☐ **Guilty**   ☐ **Not Guilty** to Count(s) _____ of the (superseding) indictment/infor.

*CHANGE OF PLEA*:
☒ Defendant found competent to enter a guilty plea
☒ Guilty Plea Agreement filed
☒ The Court
   ☒ *adopts and approves* the Guilty Plea Agreement
   ☐ *defers the adoption* of the Guilty Plea Agreement

☒ By leave of Court, defendant withdraws former plea of not guilty and enters a plea of **Guilty** to Count(s) 1 & 2 of the Indictment.

☒ Sentencing set August 29, 2017 at 10:00 a.m.
☒ Count(s) 3 held in abeyance until sentencing.
☒ Probation Officer in courtroom

☐ Defendant is **remanded** to custody     ☒ Defendant is released on existing **bond**

Objections Due: August 15, 2017

Govt's mtn for leave to permit the participation of Rule 13 Intern Teresa Sunders is granted [26].

**Proceedings**: 10:08 - 10:35 am