# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS
### Before Judge John A Ross

Date: 8/29/2017    Case No.: 4:17-cr-00124-JAR

UNITED STATES OF AMERICA vs. Marvin Thomas, Jr.

Deputy Clerk: COlliges    Court Reporter: Lisa Paczkowski

Interpreter: 

Assistant U.S. Attorney: Tracy L. Berry

Defendant Attorney(s): Eric V. Barnhart

- [x] Defendant/Parties present for imposition of sentence
- [x] Presentence Report adopted/accepted by Court as findings of fact- PSR filed under seal
- [x] Sentence imposed see judgment
- [x] Count(s) 3 dismissed on motion of AUSA
- [ ] Objections to Presentence report heard and  [ ] granted as follows:  [ ] denied as follows:

No objections to the PSR by either party. Sentence imposed- see judgment.

- [ ] Defendant remanded to **Custody** of the USMS
- [ ] Defendant granted a **Voluntary Surrender** to the institution/USMS for incarceration as notified by USMS
- [x] Defendant is released on **Probation** pending processing by USMS

Proceedings: 10:03 am - 10:35 am